**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Domanique Charles BLANTON,**
**Defendant–Appellant.**

No. 08–50352.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 18, 2010.

Shawn Jeffery Nelson, Special Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth Newman, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Domanique Charles Blanton appeals from his guilty-plea conviction and 96–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Blanton's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Blanton the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**